ACCEPTED
04-15-00597-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:43:55 AM
KEITH HOTTLE
CLERK

**04-15-00597-CV**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:43:55 AM
KEITH E. HOTTLE
Clerk

# IN THE FOURTH COURT OF APPEALS

# BEXAR COUNTY, TEXAS

## JULIA ANN HERNANDEZ

*Appellant*

v.

## JAQUELINE GOEDE

*Appellee*

On Appeal from the County Court at Law No. 10
of Bexar County, Texas
Cause No. 2015CV00194
The Honorable David J. Rodriquez, Judge Presiding

## APPELLANT RESPONSE TO COURT ORDER

Chris Carmona
Texas Bar No. 24072022
P.O. Box 7137
Houston, Texas  77248
Tel. (832)444-4293
Fax (832)460-2724

COUNSEL FOR APPELLANT

NO ORAL ARGUMENT REQUESTED

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Julia Ann Hernandez files this Response in support of her timeliness of Motion for New Trial and Notice of Appeal. Julia Ann Hernandez timely filed a Motion for New Trial on September 25, 2015. As shown on the attached exhibits [**Exhibits A-E**], the Bexar county clerk incorrectly rejected the original filing for nonqualified reasons under Tex. R. Civ P. 21(f)(8) on June 26, 2015. Julia Ann Hernandez immediately refiled with the requested change by the clerk on June 26, 2015. The clerk's record should reflect that there was a rejected filing on June 25, 2015 and the timeline for the appeal should be counted as of the time the rejected filing was submitted. It would have been impractical and impossible to re-file on June 25, 2015, when the County clerk did not reject the original filing until June 26, 2015. Because the original filing was on June 25, 2015, this Court should consider the Motion for New Trial filed by Julia Ann Hernandez timely filed for all purposes related to the appeal. Because the Motion for new trial was timely filed, the Notice of Appeal filed by Julia Ann Hernandez on September 9, 2015 is within the allowable time to file an appeal under Tex. R. Civ. P 329b and Tex. R. App. P. 26.1.

## CONCLUSION

Julia Ann Hernandez timely filed her Motion for New Trial extending the time allowable to file the Notice of Appeal, and therefore this appeal should be able to proceed.

## PRAYER

Julia Ann Hernandez respectfully prays that the Court (1) deem her Motion for New Trial timely, (2) deem her Notice of Appeal timely, (3) grant any available extensions necessary to perfect the her appeal and (3) grant all other appropriate relief to Appellant.

Respectfully submitted,

By: /s/Chris Carmona
Chris Carmona
Attorney at Law
SBN: 24072022
Law Office of Chris Carmona
PO Box 7137
Houston, TX 77248
**832-444-4293** ph
**832-460-2724** fax
Email:
chris@carmonalawoffice.com

**CERTIFICATE OF SERVICE**


I CERTIFY THAT THE FOREGOING RESPONSE TO COURT ORDER WAS ELECTRONICALLY FILED WITH THE CLERK OF THE COURT USING THE ELECTRONIC CASE FILING SYSTEM OF THE COURT. I ALSO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED BY ELECTRONIC MAIL ON APPELLEE'S COUNSEL OF RECORD.


/s/Chris Carmona
CHRISTOPHER CARMONA


**SERVED ON:**

CLARISSA RODRIGUEZ
Denton, Navarro, Rocha, Bernal, Hyde & Zech, P.C.
2517 N. Main
San Antonio, TX 78217
210/227-3243
210/225-4481 (f)
clarissa.rodriguez@rampage-sa.com

**Chris Carmona**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Thursday, June 25, 2015 2:29 PM |
| **To:** | Chris Carmona |
| **Subject:** | eFileTexas.gov - Filing Submitted - 5825528 |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/19/2015 2:43:55 AM

KEITH E. HOTTLE
Clerk



# Filing Submitted

Envelope Number: **5825528**

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Bexar County |
| **Date/Time Submitted:** | 6/25/2015 2:28:10 PM |
| **Filing Type:** | Motion for New Trial |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | Chris Carmona |

| Fee Details | |
|---|---|
| This envelope is pending review and fees may change. | |
| Case Fee Information | $1.88 |
| Payment Service Fees | $1.88 |
| Motion for New Trial | $65.00 |
| Court Fees | $65.00 |

**Total:** $66.88 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead File:** | Motion for New Trial.pdf |
| **Lead File Page Count:** | 2 |
| **File Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=e165039f-42b7-47e4-9da0-3df7ee06cd5d <br> This link is active for 35 days. |

## Contact your service provider with any questions



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was generated automatically by eFileTexas.gov

**Chris Carmona**

| | | |
|---|---|---|
| **From:** | No-Reply@eFileTexas.gov | |
| **Sent:** | Thursday, June 25, 2015 2:29 PM | |
| **To:** | Chris Carmona | |
| **Subject:** | eFileTexas.gov – Notification of Service - 5825528 | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:43:55 AM
KEITH E. HOTTLE
Clerk



# Notification of Service

Envelope Number: **5825528**

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 2015CV00194 |
| **Case Style** | |
| **Date/Time Submitted** | 6/25/2015 2:28:10 PM |
| **Filing Type** | Motion for New Trial |
| **Filed By** | Chris Carmona |
| **Service Contacts** | Other Service Contacts not associated with a party on the case:<br><br>Clarissa Rodriguez (clarissa.rodriguez@rampage-sa.com)<br><br>Chris Carmona (chris@carmonalawoffice.com)<br><br>Christy Burke (christy.burke@rampage-sa.com) |

| Document Details | |
|---|---|
| **File Stamped Copy** | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=42af9960-ddc1-41b7-adeb-1258558a07d0&RID=df634eac-d3ff-4da0-85a2-07e50e8313a7<br>This link is active for 7 days. |

Please do not reply to this email. It was generated automatically by eFileTexas.gov

## NO. <u>2015CV00194</u>

| | | |
|---|---|---|
| **JULIA ANN HERNANDEZ** | § | **IN THE COUNTY COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **AT LAW NO. 10** |
| | § | |
| **JAQUELINE R. GOEDE** | § | |
| **Defendant.** | § | **OF BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:43:55 AM
KEITH E. HOTTLE
Clerk

### Motion for New Trial

This Motion for New Trial is brought by **JULIA ANN HERNANDEZ**, Movant, who shows in support:

1.      On May 26, 2015 a judgment was signed by this Court in this case.

2.      A new trial should be granted to Movant because the evidence is legally and factually insufficient to support this Court's judgment.  Specifically, the evidence is legally and factually insufficient to support this Court's judgment based on the following:

         a.      This Court erred in its interpretation of Chapter 27 of the Texas Civil Practices Remedies Code. More specifically, this Court failed to follow the code and the burden of proof that Defendant had in establishing a viable defense.  More over, this Curt erred in switching the burden of proof back to Plaintiff to prove its claim by clear and convincing evidence without first having Defendant establish their case as required in Chapter 27.

         b.      Additionally, this Court erred in grating Attorney's Fees to Defendant where no fees had been borne or incurred.  The law is well settled that attorneys fees can only be granted when the costs were actually incurred or the party becomes liable for the legal fees.  There was no proof in the record that showed or proved that the Defendant incurred or became liable for attorneys fees and as such, this Court erred by granting attorneys fees to Defendant.

The above errors amounted to such a denial of Movant's rights as was reasonably calculated to cause and probably did cause rendition of an improper judgment in the case. Tex. R. App. P. 44.1(a)(1).

3.      The granting of a new trial would not injure Defendant, but would injure Movant.

4.      Justice will not be properly served unless a new trial is granted.

**JULIA ANN HERNANDEZ**, prays that the Court set aside the judgment signed on May 26, 2015 and grant a new trial.

LAW OFFICE OF CHRIS CARMONA
PO Box 7137
Houston, Texas 77248
Tel: 832-444-4293
Fax: 832-460-2724

By: /s/ Chris Carmona
    CHRIS CARMONA
    State Bar No. 24072022
    Attorney for Plaintiffs


## Notice of Hearing

The above motion is set for hearing on _____ at _____ __. .M. in County Court of Law Number 10 of Bexar County.

SIGNED on _____ 2015.


_____
Judge or Clerk


## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on June 25, 2015.

/s/ Chris Carmona
CHRIS CARMONA
Attorney for Movant

# Chris Carmona

| | |
|---|---|
| **From:** | Chris Carmona |
| **Sent:** | Thursday, June 25, 2015 3:12 PM |
| **To:** | Clarissa Rodriguez |
| **Subject:** | Hernandez v Goede |
| **Attachments:** | Motion for New Trial.pdf |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 2:43:55 AM
KEITH E. HOTTLE
Clerk

Please find attached Ms. Hernandez' Motion for New Trial filed today.

Regards,

Chris Carmona
Attorney at Law
Law Office of Chris Carmona
ph. 832-444-4293
fax 832-460-2724
chris@carmonalawoffice.com

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM LAW OFFICE OF CHRIS CARMONA, WHICH IS CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED, AND WE COUNT ON YOUR UNDERSTANDING AND COOPERATION IN THIS. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR RETURN E-MAIL AND DELETE THIS E-MAIL. THANK YOU VERY KINDLY.

**Chris Carmona**

---

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Friday, June 26, 2015 8:58 AM |
| **To:** | Chris Carmona |
| **Subject:** | eFileTexas.gov – Filing Returned - 5825528 |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/19/2015 2:43:55 AM

KEITH E. HOTTLE
Clerk



# Filing Returned

Envelope Number: **5825528**

The filing below which has been previously served to you has been returned for further action from the filer.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Return Reason(s)** | Incorrect Formatting - TRCP 21 (f)(8) |
| **Return Comment** | Please contact the Setting Clerks for hearing dates at 335-3179 and resubmit filing. Thank You! Linda |

| Filing Details | |
|---|---|
| **Court** | Bexar County |
| **Case Number** | 2015CV00194 |
| **Case Style** | |
| **Date/Time Submitted** | 6/25/2015 2:28:10 PM |
| **Activity Requested** | Motion for New Trial |
| **Filed By** | Chris Carmona |
| **Service Contacts** | $$$allcontacts |

Please do not reply to this email. It was generated automatically by eFileTexas.gov